UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Anuwave LLC
                Plaintiff,

v.                                              Case No.: 1:16–cv–09923
                                              Honorable Edmond E. Chang

BankFinancial, FSB
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 20, 2017:

       MINUTE entry before the Honorable Edmond E. Chang: The status hearings in 16 C 9920 and 16 C 9923 were held together, and this entry will be posted on both dockets. Counsel reported that a settlement has been reached, and the agreement is out for signatures. In light of the settlement, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 05/01/2017. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. The parties may file the stipulated dismissal with prejudice before 05/01/2017. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.